UNITED STATES DISTRICT COURT
DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
2021 APR -9  AM 10: 00
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

Iasia Owens §
§
Plaintiff §
§
V. § 8:21 cv 850 WFJ-JSS
§ CASE NO.
CAPITAL ONE BANK §
(USA), §
§
Defendants §

## PLAINTIFFS' ORIGINAL VERIFIED COMPLAINT AND

## REQUEST FOR INJUNCTION

TO THE HONORABLE COURT:

COME NOW, IASIA OWENS ("Plaintiff") and their filed Original Complaint and would show the court as follows:

### A.
### PARTIES

1. Plaintiff Iasia Owens is a female adult, consumer, and natural person pursuant 15 USC 1692a(3) of sound mind. Plaintiff has a place of abode which is Plaintiff's location information 5138 Flowing Oar Rd. Wimauma, Fl 33598-2227.

3. Defendant Capital One Bank ("Capital One") is a National Bank established and operating within the United States with multiple corporate offices and a headquarters located in Mclean, VA and at all times material hereto was authorized and was doing business in the state of Florida. The defendant may be served with proccessing.

### B.
### JURISDICTION AND VENUE

4. Plaintiffs' complaint arises under the United States Constitution and federal statutes.

5. This court has jurisdiction over this action under 28 U.S.C. §1331, 28 U.S.C. §1332, 28 U.S.C. §89(b) where the acts and transactions giving rise to Plaintiff's occurred in this district, where the Plaintiffs reside in this district and/or where Defendant transacts business in this district.

### C.
### FACTUAL ALLEGATIONS

7. Defendant alleges it is owed a debt by Plaintiff and as such, Defendant has engaged in actions and activities with intention run down Plaintiff's reputation.

8. Defendant has acted in a manner contrary to the law. Specifically, Capital One has committed various violations under Title 15 of the United States Code.

9. Defendant willfully and knowingly gave Plaintiff false, misleading, inaccurate, and deceptive information and failed to disclose full information.

10. Defendant commenced communications with Plaintiff without Plaintiff's express consent. The extent of communication includes sending instrumentality to Plaintiff's address claiming payment of debt alleged to be owed by Plaintiff.

11. Defendant has persisted to communicate with Plaintiff for a period since November 2019 to date despite being served and acknowledging service of cease and desist demands. A true and

accurate copy of Defendant's monthly bill statement is attached hereto, marked PLAINTIFF'S EXHIBIT A, and by this reference is incorporated herein.

12. Plaintiff filed a complaint with Consumer Finance Protection Bureau ("CFPB") to compel Defendant to validate the debt and disclose how it obtained Plaintiff's consent to commence communication to Plaintiff. A true and accurate copy of the complaint is attached hereto, marked PLAINTIFF'S EXHIBIT B, and by this reference is incorporated herein.

13. On December 11th, 2021, Defendant responded and admitted to CFPB that it obtained Plaintiff's contact information via public records and not through Plaintiff, resulting in a breach of non-consent to commence communication. A true and accurate copy of Defendant's letter is attached hereto, marked PLAINTIFF'S EXHIBIT C, and by this reference is incorporated herein.

14. Defendant failed to disclose the purpose of its initial communication is to attempt to collect a debt. Defendant has similarly failed to disclose the same in all subsequent billing statements.

15. Defendant further admitted not having a signed application submitted by Plaintiff.

16. Contrary to statutory provisions, Defendant has used symbols indicating Defendant is in the business of Debt Collection. These symbols have been displayed on all envelopes and contents of communications sent to and received by Plaintiff and CFPB. See EXHIBIT A and EXHIBIT C.

17. Defendant has through its letter dated December 11th, 2021, admitted to disclosing Plaintiff's information to non-affiliated third parties without Plaintiff's consent.

18. **D.**
**CAUSE OF ACTION**

19. Defendant contrary to 15 U.S.C 1692b(2) has commenced communications with Plaintiff without Plaintiff's express consent. The extent of communication includes sending

instrumentality to Plaintiff's address claiming payment of debt alleged to be owed by Plaintiff.

20. Pursuant to 15 USC 1692e(11), in its initial communication, Defendant failed to disclose the purpose of the communication is to attempt to collect a debt. Defendant has similarly failed to disclose the same in all subsequent billing statements

21. Contrary to 15 USC 1692b(5) Defendant has used symbols indicating Defendant is in the business of Debt Collection. These symbols have been displayed on all envelopes and contents of communications sent to and received by Plaintiff and CFPB.

22. The disclosure of Plaintiff's non-public personal information to non-affiliated third parties by Defendant without prior consent/waiver by the Plaintiff is a violation of the Plaintiff's privacy of information in conjunction with 15 U.S.C. § 6802(b)(B).

### E. RELIEF REQUESTED

WHEREFORE, it is respectfully prayed that this Court:

A. Assume jurisdiction of this case;

B. Declare the Defendant is in breach of Plaintiff's privacy.

C. Order Capital One to take all necessary action to zero out the balance on Platinum Master Card ending in 7520 and discharge the Plaintiff of all alleged liability.

D. Capital One to take all necessary action to withdraw the alleged debt from the Plaintiff's credit report.

E. Award the Plaintiff statutory damages for the disclosure violations in the amount of twice the finance charge in connection with this transaction as provided under 15 U.S.C. § 1640(a)

F. Award actual damages in the amount of $15,000.

G. Award the Plaintiff costs.

    H.    Award such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____

Iasia Ebony Owens

5138 Flowing Oar Rd, Wimauma, Fl 33598-2227

727-612-4630

iasia.owens2@gmail.com

## VERIFICATION

I, Iasia Ebony Owens, being duly sworn depose and say that I am the Plaintiff in the above entitled action, that I have read the foregoing Complaint and know the contents thereof. That the same is true of my own knowledge except as to those matters and things stated upon information and belief, and as to those things, I believe them to be true.

*signature*
FLDL#O520-405-89-564-1

*(Sign in the presence of a Notary Public)*

Sworn to and subscribed before me this the 9th day of April, 2021.

_____
Notary Public

_____
Colleen Arnold
(Printed name of Notary Public)

My Commission Expires: May 28, 2023



COLLEEN ARNOLD
MY COMMISSION # GG 339025
EXPIRES: May 28, 2023
Bonded Thru Notary Public Underwriters

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent on the **(Date)** day of **(Month) (Year)** by regular U.S. mail, by facsimile, or certified mail, return receipt requested, to the following parties or attorneys of record:

**(Name of Defendant's Attorney)**, Attorney at Law